In the Matter of the Accounting of WILHELMINE RIEG et al., as Executors of ELISABETH EPPLE, Deceased, Appellants. LOUIS J. LEFKOWITZ, Attorney-General of the State of New York, Attorney for Ultimate and Indefinite Charitable Beneficiaries, Respondent.

Concur — Stevens, J. P., Steuer, Tilzer, McNally and McGivern, JJ.

TITIAN V. DE CANDIDO v. CAROLINA SCHRODER, as Executrix of GEORGE H. SCHRODER, Deceased.

Concur — Botein, P. J., Steuer, Tilzer, Rabin and Bastow, JJ.

JULIEN J. STUDLEY, INC. v. DEZSO GOLDNER.

Concur — Stevens, J. P., Eager, Rabin, McNally and McGivern, JJ.

WAVERLY LINGERIE SALES COMPANY v. ITHACA TEXTILES, INC.— Concur — Stevens, J. P., Eager, Rabin, McNally and McGivern, JJ.